**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW FRUSHON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF LONG BEACH, a municipal entity, OFFICER JONATHAN CALVERT (#6136), and DOES 1 through 10, inclusive,<br><br>  Defendants. | **CASE NO.: CV13-08146 MRW**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation re Dismissal of the Parties, and good cause appearing therefor,

1

    **IT IS ORDERED** that the above-captioned action is dismissed with prejudice under the terms of the settlement, pursuant to Fed. R. Civ. P. 41(a)(1). The Court retains jurisdiction to enforce the terms of the settlement.

DATED: <u>October 21, 2015</u>              _____

                                             HON. MICHAEL R. WILNER  
                                             UNITED STATES MAGISTRATE JUDGE